UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:17-cr-0084-TWP-TAB |
| SHANNON DEAN HEMBREE, | ) ) | - 01 |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

On October 17, 2017, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 30, 2017. Defendant Hembree appeared in person with his appointed counsel Michael Donahoe. The government appeared by Jeff Preston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Timothy Hardy.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Hembree of his rights and provided him with a copy of the petition. Defendant Hembree orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Hembree admitted violations 1, 2, 3, and 4. [Docket No. 5.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall work regularly at a lawful occupation, unless excused by the probation officer of schooling, training or other acceptable reasons."** |

From April 2017 through July 25, 2017, Shannon Hembree falsely reported being employed with Railroad Contractors, LLC. According to the offender, this company was owned and operated by a relative and his duties included working as a safety supervisor. On July 25, 2017, during the execution of a state search warrant of the offenders residence, in which the probation officer was present, he admitted he never worked for the above named company. The company was not a legitimate business, and it was created as a front to engage in a "ghost employment" scheme by the offender's roommate, who is also under federal supervision, and was the target of the state search warrant.

| | |
|---|---|
| 2 | **"The defendant shall not associate with any persons engage in criminal activity."** |

From April 2017 to July 25, 2017, Shannon Hembree aided and assisted his roommate, who is a convicted felon under federal supervision, in a scheme involving fraud, forgery, theft, and ghost employment.

| | |
|---|---|
| 3 | **"The defendant shall not leave the judicial district without the permission of the court or probation officer."** |

On July 25, 2017, after the execution of the state search warrant of the offender's residence, Mr. Hembree was instructed by the probation officer not to leave the Southern District of Indiana.

On August 28, 2017, the offender's roommate was arrested in Nashville, Tennessee, on state and federal warrants. The offender was found in a hotel with the target of the warrants in Nashville. The offender was questioned and released by law enforcement on the same day.

From July 25, 2017, through August 28, 2017, the offenders whereabouts have been unknown. Several attempts were made by the probation officer to contact him to no avail. On August 29, 2017, this officer was contacted by the Metro Nashville Police Department who confirmed the offender was in their jurisdiction with a wanted fugitive.

| | 4 | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."** |
|---|---|---|
| | | In May and June 2017, the offender submitted fraudulent monthly supervision reports to the probation officer. He reported being employed for Railroad Contractors, LLC. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. Parties jointly recommended a sentence of eight (8) months with no supervised release to follow. Defendant requested placement at a federal camp close to Nashville, Tennessee.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eight (8) months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at a federal camp close to Nashville, Tennessee.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: October 17, 2017      /s/ Magistrate Judge David E. Jones, sitting by designation

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal